**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY – WESTERN DIVISION**

| | | |
|---|---|---|
| JANIE WILKINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00514-REL |
| | ) | |
| TITLE CASH OF MISSOURI, INC., d/b/a Sensible Loans, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING NOTICE OF REMOVAL IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**

The undersigned hereby certifies that Defendant Title Cash of Missouri, Inc. d/b/a Sensible Loans ("Defendant") electronically filed a Notice of Filing Notice of Removal in Case No, 1716-CV10795, *Janie Wilkinson v. Title Cash of Missouri, Inc. d/b/a Sensible Loans*, with the Clerk of the District Court of Jackson County, Missouri, true and correct copies of which were served upon attorneys of record via Email and US Mail, on the 22nd day of June, 2017. A file-stamped copy of the Notice of Filing Notice of Removal acknowledged by the Clerk and accepted by the Court on June 26, 2017 is attached as Exhibit A.

Dated this 27th day of June, 2017.

Respectfully submitted:

*/s/ Michael T. Crabb*

Stephen J. Torline MO #49483
Michael T. Crabb MO #62241
KUCKELMAN TORLINE KIRKLAND
10740 Nall Ave., Suite 250
Overland Park, KS 66211
(913) 948-8610 (ph) (913) 948-8611 (fax)
storline@ktk-law.com
mcrabb@ktk-law.com
*Attorneys for Defendant Title Cash of Missouri, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on June 27, 2017, the following was electronically filed with the clerk of the court by using the CM/CEF system which will send a notice of electronic filing to all counsel of record.

*/s/ Michael T. Crabb*
Attorney for Defendant