UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY – WESTERN DIVISION

| | |
|---|---|
| JANIE WILKINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00514-NKL |
| ) | |
| TITLE CASH OF MISSOURI, INC., ) | |
| d/b/a Sensible Loans, ) | |
| ) | |
| Defendant. ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Janie Wilkinson and Defendant Title Cash of Missouri, Inc. ("Title Cash"), by and through their attorneys, jointly notify the Court that settlement terms have been reached. The parties anticipate concluding settlement and dismissing this case within 10 days.

Respectfully Submitted,

**BURGESS LAW FIRM, P.C.**

*/s/Mitchell L. Burgess*
Mitchell L. Burgess,   MO #47524
4310 Madison Avenue, Suite 100
Kansas City, MO 64111
(816) 471-1700
(816) 471-1701 FAX
mitch@burgesslawkc.com

*CAMPBELL LAW LLC*
John Campbell, #59318
Alicia Campbell
20. S. Sarah St.
St. Louis, MO 63108
314-588-8101
john@campbelllawllc.com

Ralph K. Phalen, MO #36687
4310 Madison Avenue, Suite 100
Kansas City, MO 64111
816) 589-0753
(816) 471-1701 FAX
phalenlaw@yahoo.com

**ATTORNEYS FOR PLAINTIFF
AND PUTATIVE CLASS**

and

*/s/Stephen J. Torline*
Stephen J. Torline   MO#49483
Michael T. Crabb   MO#62241
**KUCKELMAN TORLINE KIRKLAND**
10740 Nall Ave., Suite 250
Overland Park, KS   66211
(913) 948-8610
(913) 948-8611  Fax
storline@ktk-law.com
mcrabb@ktk-law.com

**ATTORNEYS FOR DEFENDANT**

{00518624}                             2