UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY – WESTERN DIVISION

| | |
|---|---|
| JANIE WILKINSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:17-cv-00514-NKL ) |
| TITLE CASH OF MISSOURI, INC., d/b/a Sensible Loans, | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by and through their counsel, hereby stipulate to the dismissal, with prejudice, of all claims filed in this action. Each party is to bear its own attorneys' fees and costs.

Respectfully Submitted,

**BURGESS LAW FIRM, P.C.**

*/s/Mitchell L. Burgess*
Mitchell L. Burgess,   MO #47524
4310 Madison Avenue, Suite 100
Kansas City, MO 64111
(816) 471-1700
(816) 471-1701 FAX
mitch@burgesslawkc.com

*CAMPBELL LAW LLC*
John Campbell, #59318
Alicia Campbell
20. S. Sarah St.
St. Louis, MO 63108
314-588-8101
john@campbelllawllc.com

{00519015}

Ralph K. Phalen, MO #36687
4310 Madison Avenue, Suite 100
Kansas City, MO 64111
816) 589-0753
(816) 471-1701 FAX
phalenlaw@yahoo.com

**ATTORNEYS FOR PLAINTIFF
AND PUTATIVE CLASS**

and

*/s/Stephen J. Torline*
Stephen J. Torline  MO#49483
Michael T. Crabb  MO#62241
**KUCKELMAN TORLINE KIRKLAND**
10740 Nall Ave., Suite 250
Overland Park, KS  66211
(913) 948-8610
(913) 948-8611  Fax
storline@ktk-law.com
mcrabb@ktk-law.com

**ATTORNEYS FOR DEFENDANT**